| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Amanda Seabock, Esq., SBN 289900<br>100 Pine St., Ste 1250 |
| 3 | San Francisco, CA 94111<br>(858) 375-7385; (888) 422-5191 fax |
| 4 | Amandas@potterhandy.com<br>Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ORLANDO GARCIA, | ) | Case No.: 4:21-cv-03548-DMR |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF SETTLEMENT** |
| FENG HAUNG INVESTMENT L.L.C., a California Limited Liability Company; CAM HUONG, INC., a California Corporation | ) | |
| Defendants. | ) | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within sixty days.

Dated: September 1, 2022                                    CENTER FOR DISABILITY ACCESS

                                                            By: /s/ Amanda Seabock
                                                            Amanda Seabock
                                                            Attorney for Plaintiff