CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CRIS C. VAUGHAN (SBN: 99568)
cvaughan@adasolutionsgroup.com
ZARA BOKHARI (SBN: 99568)
zbokhari@adasolutions.com
VAUGHAN & ASSOCIATES LAW OFFICE, APC
6207 South Walnut Street, Suite 800
Loomis, CA 95650,
Telephone: (833) 481-1245
Facsimile: (916) 660-9378
Attorneys for Defendants
Feng Haung Investment L.L.C. and Cam Huong, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>FENG HAUNG INVESTMENT L.L.C., a California Limited Liability Company; CAM HUONG, INC., a California Corporation<br><br>        Defendants. | Case No.: 4:21-cv-03548-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**<u>STIPULATION</u>**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 05, 2022         CENTER FOR DISABILITY ACCESS

                                By: /s/Amanda Seabock
                                Amanda Seabock
                                Attorneys for Plaintiff

Dated: October 05, 2022         VAUGHAN & ASSOCIATES LAW OFFICE, APC

                                By: /s/ Cris C. Vaughan_____
                                Cris C. Vaughan
                                Zara Bokhari
                                Attorneys for Defendants
                                Feng Haung Investment L.L.C. and Cam Huong,
                                Inc.

1

## **SIGNATURE CERTIFICATION**

2

3  I hereby certify that the content of this document is acceptable to Zara Bokhari, counsel
4  for Feng Haung Investment L.L.C.,; Cam Huong, Inc., respectively, and that I have
5  obtained Attorney Bokhari's authorization to affix their electronic signature to this
6  document.

7

8  Dated: October 05, 2022            CENTER FOR DISABILITY ACCESS

9

10                                      By: /s/ Amanda Seabock
                                        Amanda Seabock
11                                      Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27